| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Timber Lodge Steakhouse, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):  ; EIN: 41-1810126 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State)<br>1801 American Blvd E.<br>Suite 27<br>Bloomington, MN    ZIPCODE 55425 | Street Address of Joint Debtor (No. & Street, City, and State    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Hennepin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor** (Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and provide the information requested below)

State type of entity: _____

**Nature of Business**
(Check all applicable boxes)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (Applicable to individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:** (Check any applicable box)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 31463

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Timber Lodge Steakhouse, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>**X** _____<br>Signature of Attorney for Debtor(s)                     Date |

---

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

---

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties sill be served in regard to the relief sought in this District.

---

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes*

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 31463

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Timber Lodge Steakhouse, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Attorney

X   /e/Thomas J. Flynn
_____
Signature of Attorney for Debtor(s)

THOMAS J. FLYNN MN 30570
_____
Printed Name of Attorney for Debtor(s)

Larkin Hoffman Daly & Lindgren, Ltd.
_____
Firm Name

7900 Xerxes Ave S Ste 1500
_____
Address

Minneapolis, MN 55431
_____

952 835-3800
_____
Telephone Number

6/26/06
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110(c).)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /e/Peter Bedzyk
_____
Signature of Authorized Individual

PETER BEDZYK
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

6/26/06
_____
Date

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re   Timber Lodge Steakhouse, Inc.                              ,
                          Debtor

Case No. _____

Chapter        11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| CKE Restaurants<br>Attn: Ted Abajian<br>401 W Carl Karcher Way<br>Anaheim, CA  92801 | 805-745-7725 | | | 1,439,471.30 |
| Reinhart Foodservice<br>Attn: Wayne Kolbert<br>13400 Commerce Blvd.<br>Rogers, MN  55374 | 763-428-6500 | | | 694,639.42 |
| J&B Group<br>Attn: Russ Sjoquist<br>Mike Haegman<br>13299 43rd Street NE<br>St. Michael, MN 55376 | 763-497-9463 | | | 480,231.29 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 31463

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Marketing Midwest, Inc. Attn: Steve Karalewski 5666 Lincoln Drive, Suite 215 Edina, MN  55436 | 952-361-0607 | | | 239,023.00 |
| Minnesota Timberwolves Attn: Ethan Casson 600 First Avenue North Minneapolis, MN 55403 | 612-673-1656 | | | 29,500.00 |
| Ameripride/dba American Linen Supply Attn: Wayne Johnston 700 Industrial Blvd. Minneapolis, MN 55413 | 612-331-1600 | | | 21,546.85 |
| Reinhart Foodservice Attn: Russell Scott 226 Eastview Drive Mt. Pleasant, PA 15666 | 724-696-2200 | | | 19,436.43 |
| Gopher Sports Properties Attn: Wes Sweetser 505 Hobbs Road Jefferson City, MO 65109 | 573-893-7200 | | | 15,000.00 |
| Maximum Graphics Attn: Mark Sawinski 1245 Lakeview Drive Chaska, MN  55318 | 952-361-9822 | | | 11,248.11 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 31463

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| Kidzmart<br>Attn: Jessica 888-292-9444<br>818 Kiwanis Way<br>Gibsons BC V091V9<br>Canada | | | | 7,895.00 |
| Schad Tracy Signs<br>Attn: Rick Ballentyne 952-894-2421<br>325 Minnesota<br>Avenue North<br>Oronoco, MN 55960 | | | | 7,744.71 |
| Ecolab<br>Attn: Scott Hietpas 651-204-2619<br>655 Lone Oak Drive<br>Building D<br>Eagan, MN 55121 | | | | 5,092.64 |
| Tarantino's Food<br>Service 716-823-6600<br>Attn: Sarah or Kim<br>Brian Schultz<br>530 Bailey Avenue<br>Buffalo, NY 14206 | | | | 4,610.35 |
| Hobart Corp.<br>Attn: Patty Wiemann 612-379-7544<br>1610 Broadway Street<br>NE<br>Minneapolis, MN<br>55413 | | | | 3,924.50 |
| Ecolab Pest Control<br>Attn: Credit Dept. 1-800-325-1671<br>3535 South 31st Street<br>Grand Forks, ND<br>58206 | | | | 3,728.80 |
| A Plus Services<br>Attn: Jill 507-421-7197<br>P.O. Box 6416<br>Rochester, MN 55903 | | | | 3,642.52 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

National Grid
Attn: Business    1-800-642-4272
300 Erie Blvd. West
Syracuse, NY 13202
    3,490.06

Impact Group
Attn: Paul Taunton    952-278-7822
18760 Lake Drive
East
Chanhassen, MN
55317
    3,487.58

Newman Outdoor
Attn: Edie    1-800-337-9770
1606 6th Avenue SW
Jamestown, ND
58401
    3,299.70

Chippewa Valley
Convention    715-831-2345
3625 Gateway Drive
Eau Claire, WI 54701
    3,060.00

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    6/26/06

          Signature    /e/Peter Bedzyk

                            PETER BEDZYK ,
                            President

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re  Timber Lodge Steakhouse, Inc.                              ,

Debtor

Case No. _____

Chapter ___11___

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Pete Bedzyk | | Shareholder |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673  -  31463

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:

Timber Lodge Steakhouse, Inc.,

                        Debtor.

Bky. No. _____
Chapter 11 Case

**STATEMENT REGARDING
AUTHORITY TO SIGN AND FILE
PETITION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, Peter Bedzyk , declare under penalty of perjury that I am the President of Timber

Lodge Steakhouse, Inc., a Minnesota corporation (the "Company"), and that on the date

set forth below, the following resolution was duly adopted by the board of directors of

this Company:

WHEREAS, it is in the best interest of the Company to file a voluntary petition in
the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the
United States Code;

BE IT THEREFORE RESOLVED, that the President, or any officer, of this
Company is authorized and directed to execute and deliver all documents necessary
to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the
Company;

BE IT FURTHER RESOLVED, that the President, or any officer, of this Company
is authorized and directed to appear in all bankruptcy proceedings on behalf of the
Company, and to otherwise do and perform all acts and deeds and to execute and
deliver all necessary documents on behalf of the Company in connection with such
bankruptcy case;

BE IT FURTHER RESOLVED, that the President, or any officer, of the Company
is authorized and directed to employ Thomas J. Flynn, Esq., and the law firm of
Larkin Hoffman Daly & Lindgren Ltd., to represent the Company in such
bankruptcy case.

TIMBER LODGE STEAKHOUSE, INC.

Dated:  6/26/06            By:  _____
                                Peter Bedzyk
                                Its:  President

1079626.1